UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALBERTO ESPARZA DE LA TORRE,<br><br>Plaintiff,<br><br>v.<br><br>MYLEA EVELYN LOGIN,<br><br>Defendant. | Case No. 3:24-cv-03797-WHO<br><br>**ORDER TO SHOW CAUSE BY 9:00 A.M. JUNE 27, 2024**<br><br>Re: Dkt. No. 3 |

Petitioner Carlos Alberto Esparza de la Torre has filed an emergency ex parte application under the Hague Convention regarding the alleged abduction of his minor child. Dkt. No. 3. The request has been transferred to the Hon. Haywood S. Gilliam, Jr. as General Duty Judge.

The emergency application and the complaint in this case indicate that "it is possible" that the child is currently in Chico, California, Dkt. No. 3 at 5 and 6, which is in the Eastern District of California, and do not make any representations suggesting that the child may be located in this district. It therefore is not clear from the filings that this Court has jurisdiction over this matter. Esparza de la Torre is thus hereby ORDERED TO SHOW CAUSE as to why this Court has jurisdiction. By 9:00 a.m. on Thursday, June 27, 2024, counsel must file a declaration under oath proffering facts that establish a basis for jurisdiction in the Northern District of California.

**IT IS SO ORDERED.**

Dated: June 26, 2024

Haywood S. Gilliam, Jr.
United States District Judge
as General Duty Judge for
Judge William H. Orrick